**STATE of Maine**

v.

**Clifton N. BURROWES, Jr.**

Supreme Judicial Court of Maine.

Argued June 11, 1986.

Decided June 18, 1986.

Paul Aranson, Dist. Atty., Laurence Gardner (orally), Asst. Dist. Atty., Portland, for plaintiff.

Charles J. Kahill (orally), South Portland, for defendant.

Before McKUSICK, C.J., and NICHOLS, ROBERTS, GLASSMAN and SCOLNIK, JJ.

## MEMORANDUM OF DECISION.

Clifton N. Burrowes, Jr. appeals from the judgment of the Superior Court, Cumberland County, affirming the judgment of the District Court, Portland, finding him guilty of operating a motor vehicle while having a blood-alcohol level in excess of 0.10% in violation of 29 M.R.S.A. § 1312–B (Supp.1984–1985). Contrary to Burrowes' contention, section 1312–B does not require proof of aggravating circumstances as a necessary element for conviction. *See* 29 M.R.S.A. § 1312–B(1) (Supp.1984–1985). Burrowes also contends the District Court erred in finding probable cause requiring him to submit to a blood-alcohol test. After a careful review of the record, we hold that the District Court properly found probable cause for the test. *See State v. Smith,* 379 A.2d 722, 724 (Me.1977); *cf. Oliver v. Secretary of State,* 489 A.2d 520, 524 (Me.1985).

The entry is:

Judgment affirmed.

All concurring.